UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHUONG THAO T. VU, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BANK OF AMERICA, N.A., U.S. BANK, § <br> N.A. AS TRUSTEE FOR THE § <br> CERTIFICATE HOLDERS OF § <br> CITIGROUP MORTGAGE LOAN § <br> TRUST, INC. CERTIFICATE SERIES § <br> 2007-AMC1, and CHASE HOME § <br> FINANCE, LLC § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:14-CV-03397 <br><br> JURY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Phuong Thao T. Vu and Defendants Bank of America, N.A., U.S. Bank, N.A. as Trustee for the Certificateholders of Citigroup Mortgage Loan Trust, Inc. Certificates Series 2007-AMC1, and JPMorgan Chase Bank, National Association, successor by merger to Chase Home Finance LLC, (collectively "Defendants") file this Stipulation of Dismissal with Prejudice and respectfully show the Court the following:

1. Plaintiff stipulates that all claims or causes of action she asserted or that she could have asserted in this lawsuit are hereby dismissed with prejudice.

2. Because no counter-claims or cross-claims were asserted, this Stipulation resolves this entire civil action.

3. Plaintiff and Defendants further stipulate that all costs and attorney's fees are to be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Phuong Thao T. Vu, Bank of America, N.A., U.S. Bank, N.A. as Trustee for the Certificateholders of Citigroup Mortgage Loan Trust, Inc. Certificates Series 2007-AMC1, and JPMorgan Chase Bank, National Association, successor by merger to Chase Home Finance LLC, respectfully present this Stipulation and request the Court dismiss this civil action with prejudice, and for such other and further relief to which they may be justly entitled.

        Respectfully submitted,

        /s/ *Kathryn B. Davis*
        Kathryn B. Davis
        State Bar No. 24050364
        WINSTON & STRAWN LLP
        1111 Louisiana, 25th Floor
        Houston, Texas 77002
        (713) 651-2784 (direct dial)
        kbdavis@winston.com

        **COUNSEL FOR DEFENDANTS BANK OF AMERICA, N.A. and U.S. BANK, N.A.**

        AND

        /s/ *Philip A. Meyer*
        Philip A. Meyer
        Anthony L. Laporte
        State Bar No. 00787876
        alaporte@hanszenlaporte.com
        Philip A. Meyer
        State Bar No. 00784597
        pmeyer@hanszenlaporte.com
        11767 Katy Freeway, Suite 850
        Houston, Texas 77079-1729
        Telephone: (713) 522-9444
        Facsimile: (713) 524-2580

        **COUNSEL FOR PLAINTIFF PHUONG THAO T. VU**

        AND

        /s/ Treyson J. Brooks, by permission
WM. LANCE LEWIS, attorney-in-charge
Texas Bar No. 12314560
S.D. Bar No. 28635
TREYSON J. BROOKS, of counsel
Texas Bar No. 24061278
S.D. Bar No. 1140816
QUILLING, SELANDER, LOWNDS,
WINSLETT&MOSER, P.C., of counsel
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
tbrooks@qslwm.com

**COUNSEL FOR DEFENDANT JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE LLC**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing was served to all counsel of record via ECF in accordance with the Federal Rules of Civil Procedure, on December 9, 2015.

        /s/ Treyson J. Brooks
Treyson J. Brooks